# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131261 & (67)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

VICKI MORAN, Personal Representative
of the Estate of JOHN MORAN, Deceased,
　　　　　Plaintiff-Appellee,

v

VAC-ALL SERVICES, INC.,
　　　　　Defendant-Appellant.

SC: 131261
COA: 258770
Wayne CC: 03-323259-NO

_____/

　　　　On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

t1023